| | |
|---|---|
| 1 | DAVID L. ANDERSON (CABN 149604)<br>United States Attorney |
| 2 | |
| 3 | HALLIE HOFFMAN (CABN 210020)<br>Chief, Criminal Division |
| 4 | JEFFREY D. NEDROW (CABN 161299)<br>Assistant United States Attorney |
| 5 | |
| 6 | 150 Almaden Boulevard, Suite 900<br>San Jose, California 95113 |
| 7 | Telephone: (408) 535-5045<br>FAX: (408) 535-5066<br>jeff.nedrow@usdoj.gov |
| 8 | |
| 9 | Attorneys for United States of America |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | Case No.: 5:20-mj-70094-MAG |
| Plaintiff, | ) | |
| v. | ) | STIPULATION TO CONTINUE PRELIMINARY HEARING AND EXCLUDE TIME, AND ORDER |
| ADRIAN PUGA, | ) | |
| Defendant. | ) | |

The United States, through its counsel Jeff Nedrow, and defendant Adrian Puga, through his counsel Robert Carlin, hereby agree and stipulate to a continuance of the preliminary hearing/arraignment date set in this case from Friday, April 17, 2020 to Friday, May 29, 2020.

The parties jointly make this request to provide adequate time for the defense to evaluate discovery which has been provided, for the government to supplement that discovery with additional materials, and to provide the defense with adequate time to effectively prepare and make informed decisions in this case.

The defendant herein waives his right to the presentment of an indictment by April 17, 2020, and agrees to an extension of time for the presentment of an indictment to May 29, 2020.

STIPULATION AND ORDER
5:20-mj-70094-MAG

In addition, the parties agree that the that the time period from April 17, 2020 through May 29, 2020 should be excluded under the Speedy Trial Act, 18 U.S.C. §§ 3161(h)(7)(A) and 3161(h)(7)(B)(iv), in the interest of justice in order to provide adequate time for the defense to evaluate discovery which has been provided, for the government to supplement that discovery with additional materials, and to provide the defense with adequate time to effectively prepare and make informed decisions in this case.

It is so stipulated.

Respectfully submitted,

Dated:

DAVID L. ANDERSON
United States Attorney

_____/s/_____

JEFFREY D. NEDROW
Assistant United States Attorney

_____/s/_____

ROBERT CARLIN
Attorney for Adrian Puga

STIPULATION AND ORDER
5:20-mj-70094-MAG

1                                       ORDER

Based on the stipulation of the parties and the facts set forth herein, good cause appearing,

IT IS HEREBY ORDERED that, based on the reasons stated in the stipulation, and the defendant's waiver of his right to the presentment of an indictment by April 17, 2020, the preliminary hearing/arraignment date in this case is continued from Friday, April 17, 2020 to Friday, May 29, 2020 at 10:00 a.m. before the Hon. Susan van Keulen.

IT IS FURTHER ORDERED that the time within which the trial of this matter must be commenced under the Speedy Trial Act is EXCLUDED during the time period from April 17, 2020 through May 29, 2020 pursuant to 18 U.S.C. §§ 3161(h)(7)(A) and 3161(h)(7)(B)(iv), in the interest of justice in order to provide adequate time for the defense to evaluate discovery which has been provided, for the government to supplement that discovery with additional materials, and to provide the defense with adequate time to effectively prepare and make informed decisions in this case. Based on the need for additional time for effective defense preparation, the Court finds that the ends of justice to be served by granting an extension of the date upon which an indictment must be presented outweigh the best interests of the public and the defendant in a speedy trial.

Dated this 3rd day of April 2020.

NATHANAEL M. COUSINS
United States Magistrate Judge



STIPULATION AND ORDER
5:20-mj-70094-MAG